FILED

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

2014 APR 23 ⊡ 4: 46

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

PRESTON WEALTH ADVISORS LLC  :

     Plaintiff,  :

      :

v.  :   Case No. _1:14CV445 - CMH - TCB_

      :

DEJAN BUCEVSKI  :

      :

     Defendant.  :

---

## _E mergency_ MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Preston Wealth Advisors LLC, by counsel, and pursuant to Rule 65 of the

Federal Rules of Civil Procedure, hereby moves this Court for a Temporary Restraining Order

against Defendant Dejan Bucevski upon the grounds set forth in the "Consolidated Memorandum

in Support of Motion for Temporary Restraining Order and Motion for Preliminary Injunction"

filed herewith, the content of which is incorporated in full herein by reference.

DATED: 4/23/2014         PRESTON WEALTH ADVISORS LLC
                   by Counsel

                   Stephen D. Charnoff (VSB No. 65329)
                   REES BROOME, PC
                   1900 Gallows Rd.
                   Suite 700
                   Tysons Corner, VA 22182
                   (703) 790-1911 (telephone)
                   (703) 356-0527 (facsimile)
                   scharnoff@reesbroome.com
                   _Counsel for Plaintiff Preston Wealth Advisors LLC_

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Temporary Restraining Order will be served via hand-delivery contemporaneously with the Complaint in this matter to:

Dejan Bucevski
465 Brickell Ave., Apt. 2404
Miami, FL 33131
*Defendant*

PRESTON WEALTH ADVISORS LLC
by Counsel

Stephen D. Charnoff (VSB No. 65329)
REES BROOME, PC
1900 Gallows Rd.
Suite 700
Tysons Corner, VA 22182
(703) 790-1911 (telephone)
(703) 356-0527 (facsimile)
scharnoff@reesbroome.com
*Counsel for Plaintiff Preston Wealth Advisors LLC*

H:\Cases\Preston Wealth Advisors\PLDNGS\140423 Motion for Temporary Restraining Order (final).docx